**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 25-6427**

—————————

JOHN MCKENZIE,

        Petitioner - Appellant,

    v.

R. BROWN; B.O.P.; UNITED STATES,

        Respondents - Appellees.

—————————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:25-cv-00087-JPB-JPM)

—————————

Submitted:  November 20, 2025           Decided:  November 25, 2025

—————————

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

John W. McKenzie, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John W. McKenzie, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Specifically, the district court correctly concluded that McKenzie could not bring his challenge to his federal criminal conviction under § 2241 and 28 U.S.C. § 2255(e). *See Jones v. Hendrix*, 599 U.S. 465 (2023). Accordingly, we affirm the district court's order. *McKenzie v. Brown*, No. 5:25-cv-00087-JPB-JPM (N.D. W. Va. Apr. 22, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*